1
2
3
4
5
6
7

8 **UNITED STATES DISTRICT COURT**

9 **DISTRICT OF NEVADA**

10 UNITED STATES OF AMERICA,              )
                                        )
11                    Plaintiff,         )
                                        )
12          v.                          )   2:09-CV-1647-LRH (LRL)
                                        )
13 $49,205.27 IN UNITED STATES CURRENCY, )
                                        )
14 _____Defendant._____ )

15                  **UNITED STATES' MOTION TO**
    **CONTINUE THE DATE TO FILE ITS COMPLAINT FOR**
16  **FORFEITURE *IN REM* IN THE ABOVE-CAPTIONED MATTER**
                     AND ORDER
17

18          The United States of America ("United States"), by and through Daniel G. Bogden, United

19 States Attorney, and Michael A. Humphreys, Assistant United States Attorney, respectfully apply

20 for an extension of time until and including December 31, 2009, pursuant to 18 U.S.C. §

21 983(a)(3)(A), for the United States to file a Civil Complaint For Forfeiture *In Rem* against the

22 $49,205.27 in United States Currency.  The Government's Complaint is currently due November

23 1, 2009.

24          Gregg Gariti and numerous associates of his have been the focus of an historical state/federal

25 criminal investigation into their activities of alleged unlawful gaming activities in Nevada and

26 elsewhere.  Generally speaking, the Government has developed information that Gariti and others

1  were operating an illegal book-making operation from approximately December 2008 through

2  approximately April 2009, all in violation of 18 U.S.C. § 1084 and other federal anti-gambling

3  statutes.  A principal situs of that illegal operation was Las Vegas, Nevada.

4       Gariti is recently aware of that investigation, and, with his counsel, has been engaged in plea

5  negotiations with the Government in an endeavor to complete a universal disposition.  Those

6  negotiations continue.  In the meantime, the Government has a deadline, under the strictures of 18

7  U.S.C. § 983(a)(3)(A), to file its forfeiture complaint, regarding the above-captioned currency, no

8  later than November 1, 2009.

9       The afore-referenced plea negotiations will not be completed by the time the Government

10  is required to file its complaint.  The undersigned believes that the Government and Mr. Gariti are

11  still in plea negotiations to reach a global plea that would include forfeiture, but have not been able

12  to contact either defense counsel or the prosecutor in this case to confirm the status of such

13  negotiations.  In any event, by filing this second motion the Government seeks to preserve its right

14  to file its forfeiture complaint, *in rem* consistent with the guidelines and the deadlines set forth by

15  CAFRA.

16       The undersigned attempted to contact claimant's counsel, Margaret Standish, to determine

17  her position on this motion but was unable to contact her before the filing deadline.

18       The Government, herewith, petitions this Court to extend the time for the Government to file

19  its civil complaint in the above-captioned matter, to facilitate a possible, if not likely, universal plea

20  disposition.

21       This motion is not submitted solely for the purpose of delay or for any other improper

22  purpose.

23  . . .

24  . . .

25  . . .

26  . . .

1    WHEREFORE, the United States moves this Court to grant its motion to extend the time for

2   the United States to file its civil complaint in the above-captioned matter for an additional sixty (60)

3   days, or until December 31, 2009.

4        DATED this 2nd day of November 2009.

5                                                  Respectfully submitted,

6                                                  DANIEL G. BOGDEN
                                                   United States Attorney
7
                                                   /s/ Michael A. Humphreys
8                                                  MICHAEL A. HUMPHREYS
                                                   Assistant United States Attorney
9

10

11

12

13

14                                                 IT IS SO ORDERED:

15

16

17
                                                   _____
18                                                 LARRY R. HICKS
                                                   UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26