UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:09-CV-1647-LRH (LRL) |
| | ) | |
| $49,205.27 IN UNITED STATES CURRENCY | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' UNOPPOSED MOTION TO CONTINUE THE DATE TO FILE ITS COMPLAINT FOR FORFEITURE *IN REM* IN THE ABOVE-CAPTIONED MATTER AND ORDER**
(Seventh Request)

The United States of America ("United States"), by and through Daniel G. Bogden, United States Attorney, and Michael A. Humphreys, Assistant United States Attorney, respectfully applies for an extension of time until and including August 25, 2011, pursuant to 18 U.S.C. § 983(a)(3)(A), for the United States to file a Civil Complaint for Forfeiture *In Rem* against the $49,205.27 in United States Currency. The Government's Complaint is currently due April 27, 2011.

Gregg Gariti and numerous associates of his have been the focus of a historical state/federal criminal investigation into their activities of alleged unlawful gaming activities in Nevada and elsewhere. Generally speaking, the Government has developed information that Gariti and others were operating an illegal book-making operation from approximately December 2008 through

1  approximately April 2009, all in violation of 18 U.S.C. § 1084 and other federal anti-gambling
2  statutes. A principal situs of that illegal operation was Las Vegas, Nevada.

3  Pursuant to plea negotiations between Mr. Gariti and the Government, on September 24,
4  2009, Mr. Gariti entered a change of plea before this Court.

5  In the meantime, the Government has a deadline, under the strictures of 18 U.S.C. § 983
6  (a)(3)(A), to file its forfeiture complaint, regarding the above-captioned currency, no later than April
7  27, 2011.

8  The criminal case will not be disposed of by the time the Government is required to file its
9  complaint. However, counsel for the United States believes that there will be a final disposition of
10 this matter before the expiration of the time period for the continuance requested herein; making
11 further requests for continuances unnecessary.

12 On December 27, 2010, defendant's counsel, Margaret Stanish, agreed to the extension of
13 time and authorized counsel for the United States to file an Unopposed Motion with this Court.

14 Finally, on April 15, 2011, defendant's counsel, Margaret Stanish, agreed to the seventh
15 extension of time and authorized counsel for the United States to file this Unopposed Motion with this
16 Court. Because the parties have agreed to the extension of time to file a Civil Complaint For
17 Forfeiture In Rem and to facilitate a final universal plea/sentencing disposition, this Court should
18 extend the time.

19 This motion is not submitted solely for the purpose of delay or for any other improper
20 purpose.

21 . . .
22 . . .
23 . . .
24 . . .
25 . . .
26 . . .

WHEREFORE, the United States moves this Court to grant its motion to extend the time for the United States to file its civil complaint in the above-captioned matter for an additional 120 days, or until August 25, 2011.

DATED this 20th day of April, 2011.

    Respectfully submitted,

    DANIEL G. BOGDEN
    United States Attorney

    /s/Michael A. Humphreys
    MICHAEL A. HUMPHREYS
    Assistant United States Attorney

IT IS SO ORDERED:

DATED this 2nd day of May, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE