DANIEL G. BOGDEN
United States Attorney
Nevada Bar No. 2137
MICHAEL A. HUMPHREYS
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Michael.Humphreys@usdoj.gov
Counsel for the United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:09-CV-1647- MMD-VCF |
| ) | |
| $49,205.27 IN UNITED STATES CURRENCY, ) | ORDER GRANTING |
| ) | |
| Defendant. ) | |

**UNITED STATES' UNOPPOSED MOTION TO CONTINUE
THE DATE TO FILE ITS COMPLAINT FOR FORFEITURE *IN
REM* IN THE ABOVE-CAPTIONED MATTER AND ORDER
(Tenth Request)**

The United States of America ("United States"), by and through Daniel G. Bogden, United States Attorney, and Michael A. Humphreys, Assistant United States Attorney, respectfully applies for an extension of time until and including September 20, 2012, pursuant to 18 U.S.C. § 983(a)(3)(A), for the United States to file a Civil Complaint for Forfeiture *In Rem* against the $49,205.27 in United States Currency. The Government's Complaint is currently due May 23, 2012.

Gregg Gariti and numerous associates of his have been the focus of a historical state/federal criminal investigation into their activities of alleged unlawful gaming activities in Nevada and elsewhere. Generally speaking, the Government has developed information that Gariti and others were operating an illegal book-making operation from approximately December 2008 through

1 approximately April 2009, all in violation of 18 U.S.C. § 1084 and other federal anti-gambling
2 statutes. A principal situs of that illegal operation was Las Vegas, Nevada.

3 Pursuant to plea negotiations between Mr. Gariti and the Government, on September 24,
4 2009, Mr. Gariti entered a change of plea before this Court.

5 In the meantime, the Government has a deadline, under the strictures of 18 U.S.C. § 983
6 (a)(3)(A), to file its forfeiture complaint, regarding the above-captioned currency, no later than May
7 23, 2012.

8 The criminal case will not be disposed of by the time the Government is required to file its
9 complaint. However, counsel for the United States believes that there will be a final disposition of
10 this matter before the expiration of the time period for the continuance requested herein; making
11 further requests for continuances unnecessary.

12 Finally, on May 23, 2012, defendant's counsel, Margaret Stanish, agreed to the extension of
13 time and authorized counsel for the United States to file this Unopposed Motion with this Court.
14 Because the parties have agreed to the extension of time to file a Civil Complaint For Forfeiture In
15 Rem and to facilitate a final universal plea/sentencing disposition, this Court should extend the time.

16 This motion is not submitted solely for the purpose of delay or for any other improper
17 purpose.
18 . . .
19 . . .
20 . . .
21 . . .
22 . . .
23 . . .
24 . . .
25 . . .
26 . . .

WHEREFORE, the United States moves this Court to grant its motion to extend the time for the United States to file its civil complaint in the above-captioned matter for an additional 120 days, or until September 20, 2012.

DATED this 23rd day of May, 2012.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/Michael A. Humphreys
MICHAEL A. HUMPHREYS
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: May 30, 2012

**PROOF OF SERVICE**

I, Elizabeth A. Baechler-Warren, certify that Claimant's counsel Margaret Standish was served with the **UNITED STATES' UNOPPOSED MOTION TO CONTINUE THE DATE TO FILE ITS COMPLAINT FOR FORFEITURE *IN REM* IN THE ABOVE-CAPTIONED MATTER AND ORDER (Tenth Request)** on May 23, 2012, by the below identified method of service:

<u>U.S. Mail</u>

Margaret Stanish
300 S. Fourth Street,
Suite 701
Las Vegas, NV 89101
*Counsel for Gregg Gariti*

/s/ Elizabeth A. Baechler-Warren
ELIZABETH A. BAECHLER-WARREN
Forfeiture Support Associate Paralegal